IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO PIGGEE                                                                                          PETITIONER

VS.                                        5:010CV00073 SWW- JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Respondent has filed a Response (docket entry #9) to the habeas Petition arguing that Petitioner's habeas claim should be denied because it is time-barred and procedurally defaulted.

The Court concludes that a Reply to the Response would be helpful to the resolution of this action.  Therefore, the Court will direct Petitioner to file a Reply, addressing the arguments raised in the Response (docket entry #9), **on or before June 21, 2010.**

Dated this 9th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE