# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANTONIO PIGGEE

                                                             PETITIONER

VS.                           5:10CV00073 SWW- JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 1st day of July, 2010.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE